UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x

| | |
|---|---|
| MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated<br><br>        Plaintiff,<br><br>  -v.-<br><br>TAI RITTICHAI, INC.<br><br><br>        Defendants. | Civil Action No:<br>1:22-cv-7273 |

----------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 27, 2023

| For Plaintiff Marta Hanyzkiewicz | For Defendant Tai Rittichai, Inc. |
|---|---|
| *s/Mark Rozenberg*_____<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | *s/Andrew Morris Weltchek*_____<br>Andrew Morris Weltchek<br>Cohen Hochman & Allen<br>75 Maiden Lane Suite 802<br>New York, NY 10038<br>Ph: (212) 566-7081<br>aweltchek@chalegalteam.com |

## CERTIFICATE OF SERVICE

I certify that on March 27, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*